# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **RONALD SUTTON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 7:05-CV-1888-RDP-TMP |
| | ) |
| **WARDEN CHERYL PRICE,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 30, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

**DONE** and **ORDERED** this   9th   day of January, 2007.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE